IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:18-mj-00122-KJN-1 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| JOSE ANGEL ARRENDONDO-LEON, | ) | |
| | ) | |
| Defendant. | ) | |

The court appointed the Federal Defender to represent defendant on June 22, 2018. The Federal Defender has determined it cannot represent Mr. Arrendondo-Leon. CJA Panel attorney Dina Santos is hereby appointed effective June 26, 2018, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated:  June 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL                    1